THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY EDWARDS, Appellant.

Submitted November 13, 2007; decided November 15, 2007

Reported below, 28 AD3d 491.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY FREYCINET, Appellant.

Submitted October 29, 2007; decided November 15, 2007

Reported below, 41 AD3d 731.

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant-Respondent, v RAYMOND C. GEORGE, Respondent-Appellant.

Submitted November 5, 2007; decided November 15, 2007

Reported below, 43 AD3d 560.

Motion for assignment of counsel granted and David J. Wukitsch, Esq., care of McNamee Lochner Titus & Williams, P.C., 677 Broadway, Albany, New York 12207 assigned as counsel to the respondent-appellant on the appeal herein.